IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SANDRA SALAMONE, et ux. | : | CIVIL ACTION |
| v. | : | |
| WAL-MART STORES EAST, LP, et al. | : | NO. 10-CV-892 |

### O R D E R

AND NOW, this   15th   day of July, 2011, IT IS HEREBY ORDERED that the motion of defendant, Wal-Mart Stores East, L.P. to preclude the report and testimony of Rosette C. Biester, Ph.D. (Doc. # 30) pursuant to Federal Rule of Evidence 702, is GRANTED.

IT IS FURTHER ORDERED that Dr. Biester's report may not be used in any way at trial including as a basis for the supplemental vocational report prepared by Daniel M. Rappuccii, M.A., LRC, LPC, CRC.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.